# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 67.180.165.10, <br><br> Defendant. | Case Number: 3:25-cv-10203-LJC <br><br> Honorable Lisa J. Cisneros <br><br> **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for February 26, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until May 10, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for February 26, 2026 is continued to June 11, 2026 at 1:30 p.m.

**DONE AND ORDERED**.

Dated: February 26, 2026__          By: _____

                                        **United States Magistrate Judge**
                                        Hon. Lisa J. Cisneros

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 3:25-cv-10203-LJC